UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:26-cr-00-MEO |
| | ) | |
| v. | ) | **MOTION TO SEAL** |
| | ) | **INDICTMENT** |
| BERNARD SMITH | ) | UNDER SEAL |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment with its Attachments, this Motion and any Order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

RESPECTFULLY SUBMITTED, this 17th day of March 2026.

RUSS FERGUSON

UNITED STATES ATTORNEY

/s/ Brian M. Kenney

Brian M. Kenney, CA Bar #339592
Assistant United States Attorney
Office of the United States Attorney
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel: (704) 344-6222
Fax: (704) 344-6629
Email: brian.kenney@usdoj.gov