UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:26-cr-060-MEO |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL INDICTMENT** |
| BERNARD SMITH | ) | |
| | ) | UNDER SEAL |

UPON MOTION of the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal, this Order and the Indictment with its attachment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further Order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal, this Order and the Indictment with its attachments be sealed until further Order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 17th day of March 2026.

_____
UNITED STATES MAGISTRATE JUDGE