# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**    ⦿ YES    ◯ NO

**DOCKET NUMBER:** 3:26-cr-ᥑᥑ-MFᥑ

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**    **:US** vs Bernard Smith

**COUNTY OF OFFENSE**    :    Mecklenburg

**RELATED CASE INFORMATION**    :

*Magistrate Judge Case Number*    :

*Search Warrant Case Number*    :

*Miscellaneous Case Number*    :

*Rule 20b*    :

**SERVICE OF PROCESS**    :    Arrest Warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯ Petty    ◯ Misdemeanor    ⦿ Felony

18 U.S.C. § 1951

**JUVENILE:**    ◯ Yes    ⦿ No

**ASSISTANT U. S. ATTORNEY**    :    Brian M. Kenney

**VICTIM/WITNESS COORDINATORS:**    Rutledge, Shirley

**INTERPRETER NEEDED**    :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**