# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Bernard Smith

Case Number: | 3:26-cr-ᑌᐤ-ᗰᖴᐤ

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 and 3 | 18 USC Sec 1951 | | a maximum term of 20 years' imprisonment, a fine not to exceed $250,000 or twice the gross gain or loss, whichever is greater, or both fine and imprisonment, and up to 3 years of supervised release. |
| 2 and 4 | 18 USC Sec 1951 and 18 USC Sec 2 | NA | a maximum term of 20 years' imprisonment, a fine not to exceed $250,000 or twice the gross gain or loss, whichever is greater, or both fine and imprisonment, and up to 3 years of supervised release. |
| 5 | 18 USC Sec 924(c)(1)(A)(ii) | 7 Years | a minimum term of 7 years' imprisonment, a maximum term of life imprisonment, a $250,000 fine, and up to five years of supervised release. This sentence must run consecutively to any other term of imprisonment imposed. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☒ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☒ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☒ YES  ☐ NO

\* 18 U.S.C. 924(C) ONLY

IF YES  ☒ BRANDISH

☐ DISCHARGE